United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-11740-sr
Robert J Heasley                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore         Page 1 of 2           Date Rcvd: Aug 21, 2017
                    Form ID: 138NEW      Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
```
db           +Robert J Heasley,   224 Nauldo Road,   Philadelphia, PA 19154-4332
cr          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC,   350 Highland Drive,
               Lewisville, TX  75067)
12682524      American Express,   P.O. Box 1270,   Newark, NJ   07101-1270
12764636      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12682525    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   P.O. Box 15019,   Wilmington, DE   19886-5019)
12780646      BANK OF AMERICA, N.A.,   P.O. Box 660933,   Dallas, Texas 75266-0933
12682526      Bank of America,   P.O. Box 15222,   Wilmington, DE   19886-5222
12682527      Best Buy,   P.O. BOx 17298,   Baltimore, MD   21297-1298
12682528      Blue Sky American Express,   P.O. Box 1270,   Newark, NJ   07101-1270
12682529      Boscov's,   P.O. Box 17642,   Baltimore, MD   21297-1642
12682532    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citi Diamond Preferred Card,   P.O. Box 182564,
               Columbus, OH   43218-2564)
12682530      Capital One Bank,   P.O. Box 71083,   Charlotte, NC   28272-1083
12682533      Citi Financial,   P.O. Box 183172,   Columbus, OH   43218-3172
12744681     +Joshua Z. Goldblum, Esquire,   826 Bustleton Pike,   Suite 101,   Feasterville, PA 19053-6002
12682540     +Linda A. Heasley,   c/o Stuart Wilder, Esquire,   68 E. Court Street,   P.O. Box 659,
               Doylestown, PA 18901-0659
12682542      Lower Bucks Hospital,   P.O. Box 5995,   Peoria, IL   61601-5995
13498629     +Nationstar Mortgage,   P.O. Box 619094,   Dallas, TX 75261-9094
12682543     +PNC Bank,   Customer Loan Center,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: bncmail@w-legal.com Aug 22 2017 01:15:22     RICHARD S. RALSTON,
               Weinstein & Riley P. S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
smg           E-mail/Text: bankruptcy@phila.gov Aug 22 2017 01:15:31     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 22 2017 01:15:18
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 22 2017 01:15:26     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2017 01:24:49
               PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
12682523     +E-mail/Text: ally@ebn.phinsolutions.com Aug 22 2017 01:15:09     Ally,   P.O. Box 380902,
               Bloomington, MN 55438-0902
12725664     +E-mail/Text: ally@ebn.phinsolutions.com Aug 22 2017 01:15:09     Ally Financial,
               c/o Ally Servicing LLC,   P.O. Box 130424,   Roseville, MN 55113-0004
12788652     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 22 2017 01:15:19     Asset Acceptance LLC,
               Po Box 2036,   Warren MI 48090-2036
12713806     +E-mail/Text: bncmail@w-legal.com Aug 22 2017 01:15:23     BACK BOWL I LLC, SERIES C,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12682534      E-mail/Text: mrdiscen@discover.com Aug 22 2017 01:15:10     Discover,   P.O. Box 71084,
               Charlotte, NC   28272-1084
12721150      E-mail/Text: mrdiscen@discover.com Aug 22 2017 01:15:10     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
12744739      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 22 2017 01:15:24     Jefferson Capital Systems LLC,
               PO BOX 7999,   SAINT CLOUD MN 56302-9617
12682539      E-mail/Text: ebnsterling@weltman.com Aug 22 2017 01:15:12     Kay Jewelers,   P.O. Box 740425,
               Cincinnati, OH   45274-0425
12719346      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2017 01:16:49
               LVNV Funding LLC its successors and assigns as,   assignee of OneMain Financial, Inc,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12682541      E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2017 01:16:47     Lowe's,   P.O. Box 530914,
               Atlanta, GA   30353-0914
12708865     +E-mail/Text: bncmail@w-legal.com Aug 22 2017 01:15:23     OAK HARBOR CAPITAL IV, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12841781     +E-mail/Text: bncmail@w-legal.com Aug 22 2017 01:15:24     Oak Harbor Capital VI, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
12785549      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2017 01:24:21
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
12749302      E-mail/Text: bnc-quantum@quantum3group.com Aug 22 2017 01:15:12
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                  Date Rcvd: Aug 21, 2017
                              Form ID: 138NEW            Total Noticed: 37
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
12682535         Eugene Heasley
12682537         Hampton Crossing Apartments
12682544         Sears Mastercard,    P.O. Box 17051
cr*             +OAK HARBOR CAPITAL IV, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
cr*             +Oak Harbor Capital VI, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
12764637*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12697987*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  FIA CARD SERVICES, N.A.,     PO Box 15102,
                  Wilmington, DE 19886-5102)
12682536*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  FIA Card,    P.O. Box 15019,    Wilmington, DE   19886-5019)
12682538*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:  Home Depot,    Des Moines, IA    50364-0500)
12682531*        Capital One Bank,    P.O. Box 71083,    Charlotte, NC   28272-1083
12787547*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
                  SAINT CLOUD MN 56302-9617)
12939608*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage,    P.O. Box 619096,    Dallas, TX   75261-9741)
                                                                                              TOTALS: 3, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
```
              DANIEL BRETT SULLIVAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA Z. GOLDBLUM    on behalf of Debtor Robert J Heasley jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert J Heasley
      Debtor(s)        Bankruptcy No: 12−11740−sr
       Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

       For The Court

       Timothy B. McGrath
       Clerk of Court

Dated: 8/21/17

69 – 68
Form 138_new