Certificate Number: 05781-PAE-DE-029819200

Bankruptcy Case Number: 12-11740



05781-PAE-DE-029819200

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 1, 2017</u>, at <u>12:15</u> o'clock <u>PM PDT</u>, <u>Robert Heasley</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   September 1, 2017                By:    /s/Allison M Geving

                                         Name:  Allison M Geving

                                         Title: President