Certificate Number: 05781-PAE-DE-029819200

Bankruptcy Case Number: 12-11740



05781-PAE-DE-029819200

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2017, at 12:15 o'clock PM PDT, Robert Heasley completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 1, 2017          By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President